PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED RAYYAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>USCIS, ET AL.,<br><br>                    Defendant. | CASE NO. 2:24-cv-00305 JAM-KJN<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b)** |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 60 days of the order of remand.

///

///

///

///

///

///

///

Respectfully submitted,

Dated: March 7, 2024                          PHILLIP A. TALBERT
                                                 United States Attorney

                                  By: /s/ ELLIOT C. WONG
                                             ELLIOT C. WONG
                                             Assistant United States Attorney


                                               /s/ LINA BAROUDI
                                               LINA BAROUDI
                                               Counsel for Plaintiff

ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is **ORDERED** to adjudicate the naturalization application within 60 days.

Dated: March 08, 2024                      /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE